AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| CAROL MARTUCCI | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 10-cv-6231 (BJS)(RLE) |
| HARTFORD LIFE INSURANCE COMPANY | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

defendant Hartford Life Insurance Company                                    .

Date:   12/03/2010                                    s/ Elizabeth Chesler
                                                              *Attorney's signature*

                                                              Elizabeth Chesler (EC 1981)
                                                              *Printed name and bar number*

                                                              Sedgwick, Detert, Moran & Arnold LLP
                                                              125 Broad Street, 39th Floor
                                                              New York, New York 10004
                                                              *Address*

                                                              elizabeth.chesler@sdma.com
                                                              *E-mail address*

                                                              (212) 422-0202
                                                              *Telephone number*

                                                              (212) 422-0925
                                                              *FAX number*

## **CERTIFICATION**

I, Elizabeth Chesler, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF APPEARANCE** was served via ECF and regular mail on this 3rd day of December, 2010, upon the following:

Jason A. Newfield (JN-5529)
FRANKEL & NEWFIELD, P.C.
585 Stewart Avenue – Suite 312
Garden City, New York 11530
Telephone: (516) 222-1600
*Attorneys for Plaintiff*

s/
Elizabeth Chesler (EC 1981)

Dated:   New York, New York
         December 3, 2010