125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400

www.sdma.com   212.422.0202 phone   212.422.0925 fax

# Sedgwick
DETERT, MORAN & ARNOLD LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/10

*Elizabeth R. Chesler*
*(212) 898-4029*
*elizabeth.chesler@sdma.com*

December 3, 2010

*Via Hand-delivery*
Hon. Ronald L. Ellis, U.S.M.J.
United States District Court For The
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

    Re:    Martucci v. Hartford Life Insurance Company
            Civ. Act. No.:  10-cv-06231
            SDMA File No.: 02489-000093

Dear Judge Ellis:

    This office represents defendant Hartford Life Insurance Company ("Hartford") in the above-referenced matter.

    We write to request an adjournment of the conference currently scheduled for December 7, 2010 at 10:00 AM. Michael Bernstein, Esq., lead attorney for the defendant, is not available to appear on this date due to a pre-existing conflict. Plaintiff's counsel consents to adjourn the conference to December 14, 2010 at 10:00 A.M., which is the date and time I discussed earlier today with Mr. Michael Brantley. Accordingly, we request that the conference be rescheduled to this date, or another date that is convenient for the Court. This extension does not affect any previously scheduled dates set by the Court. No prior requests for an adjournment of this conference have been requested.

    Thank you for your consideration of this matter.

Respectfully submitted,

ELIZABETH R. CHESLER (EC-1981)
Sedgwick, Detert, Moran & Arnold LLP

cc:    Jason A. Newfield, Esq. *(via regular mail)*

NY/625279v1