# FRANKEL & NEWFIELD, P.C.

ATTORNEYS AT LAW

Justin C. Frankel*
Jason A. Newfield*

*Admitted in NY, CT and PA

585 Stewart Avenue
Suite 312
Garden City, NY 11530
Tel: (516) 222-1600
Fax: (516) 222-0513
www.frankelnewfield.com

March 8, 2011

**VIA ECF**

Magistrate Judge Ronald L. Ellis
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: Martucci v. Hartford Life Ins. Co.
    10-CV-06231

Dear Judge Ellis,

This office is counsel for the Plaintiff, Carol Martucci. By Order dated November 2, 2010, Your Honor was referred the above matter for General Pretrial matters, including settlement.

Your Honor had previously scheduled a settlement conference for February 1, 2011, which was adjourned, on the consent of all parties until March 10, 2011.

Counsel for Defendant Hartford has advised that Hartford does not believe resolution discussions will be fruitful, in light of the informal settlement discussions which have occurred to date. Accordingly, I write on behalf of counsel for Defendant to request the cancellation of the settlement conference. Plaintiff consents to this cancellation, as it would be counterproductive to compel my client to travel extensively to attend a conference that is highly unlikely to yield any meaningful result.

Thank you for your consideration of this request.

Respectfully submitted,

FRANKEL & NEWFIELD, P.C.

By: _____
Jason Newfield (JN-5529)

JAN:das
cc: Michael Bernstein, Esq.