USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROL MARTUCCI,

                Plaintiff,

    - against -

HARTFORD LIFE INSURANCE COMPANY,

                Defendant.

ORDER

10 Civ. 6231 (BSJ) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Upon the joint request of the Parties, **IT IS HEREBY ORDERED** that the settlement conference scheduled for **March 10, 2011,** is cancelled.

**IT IS FURTHER ORDERED** that the deadline for the completion of all discovery in this case shall be **April 21, 2011.**

**SO ORDERED this 9th day of March 2011**
New York, New York

_____
The Honorable Ronald L. Ellis
United States Magistrate Judge