UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

| | |
|---|---|
| CAROL MARTUCCI, | : |
|                 Plaintiff, | :    10 CV 6231 (BSJ)(RLE) |
| - against - | :    ECF |
| HARTFORD LIFE INSURANCE COMPANY, | :    **NOTICE OF MOTION** |
|                 Defendant. | : |

-------------------------------------------------------------

PLEASE TAKE NOTICE that, upon the annexed declaration of Jason Newfield, Esq., Plaintiff, Carol Martucci, will move this Court before the Honorable Ronald Ellis, at the United States Courthouse, for the Southern District of New York for an Order, extending the discovery cut off date by thirty (30) days, and for such other and further relief as this Court deems just and proper.

Dated: Garden City, New York
       April 20, 2011

Respectfully submitted,

_____
Jason Newfield (JN5529)
FRANKEL & NEWFIELD, P.C.
585 Stewart Avenue, Suite 312
Garden City, New York 11530

TO:    Michael Bernstein, Esq.
         Sedgwick, Detert, Moran & Arnold, LLP
         125 Broad Street
         New York, New York 10004-0925