USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-26-11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROL MARTUCCI,

      Plaintiff,

 - against -

HARTFORD LIFE INSURANCE COMPANY,

      Defendant.

ORDER

10 Civ. 6231 (BSJ) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

On April 20, 2011, Plaintiff Carol Martucci filed a motion requesting a thirty-day extension of discovery. (ECF Doc. 13.) Defendant Hartford Life Insurance Company consents to the extension, and this is the first extension requested by either Party. Accordingly, Plaintiff's motion is **GRANTED**, and discovery is extended from **April 21, 2011**, to **May 21, 2011**.

**SO ORDERED this 26th day of April 2011**
New York, New York

*(signature)*

The Honorable Ronald L. Ellis
United States Magistrate Judge