UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

CAROL MARTUCCI

              Plaintiff,

Case No.  10-cv-6231 (BSJ)

    -against-

HARTFORD LIFE INSURANCE
COMPANY

             Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Michael H. Bernstein
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MB 0579_____   My State Bar Number is 2104347_____

I am,

[✓] An attorney

[ ] A Government Agency attorney

[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Sedgwick, Detert, Moran and Arnold LLP_____
              FIRM ADDRESS: 125 Broad Street, 39th Floor New York, NY 10004____
              FIRM TELEPHONE NUMBER: 212-422-0202_____
              FIRM FAX NUMBER: 212-422-0925_____

NEW FIRM:    FIRM NAME: Sedgwick LLP_____
              FIRM ADDRESS: 125 Broad Street, 39th Floor New York, NY 10004____
              FIRM TELEPHONE NUMBER: 212-422-0202_____
              FIRM FAX NUMBER: 212-422-0925_____

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
was entered on _____ by Judge_____.

Dated: April 29, 2011          s/_____
                               ATTORNEY'S SIGNATURE

## CERTIFICATE OF SERVICE

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF CHANGE OF ADDRESS** was served via ECF on this 29th day of April, 2011, upon the following:

Jason A. Newfield (JN-5529)
FRANKEL & NEWFIELD, P.C.
585 Stewart Avenue – Suite 312
Garden City, New York 11530
Telephone: (516) 222-1600
*Attorneys for Plaintiff*

s/_____
Michael H. Bernstein (MB 0579)

Dated:      New York, New York
            April 29, 2011

1
