UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CAROL MARTUCCI,                                           Civ. Act. No.: 10-cv-6231 (BSJ)

                Plaintiff,                               **AMENDED CERTIFICATE OF SERVICE**

   -against-

HARTFORD LIFE INSURANCE COMPANY,         DOCUMENT ELECTRONICALLY FILED

                Defendant.
------------------------------------------------------------------X

I, MICHAEL H. BERNSTEIN, hereby certify that a true and correct copy of the attached NOTICE OF CHANGE OF FIRM NAME was served by regular mail on April 29, 2011, and ECF on May 4, 2011, upon the following:

        Jason A. Newfield, Esq.
        FRANKEL & NEWFIELD, P.C.
        585 Stewart Avenue – Suite 312
        Garden City, New York 11530
        Telephone: (516) 222-1600
        **Attorneys for Plaintiff**

Dated:  New York, New York
       May 5, 2011

        Yours, etc.,

          s/  _____
        MICHAEL H. BERNSTEIN (MB-0579)
        SEDGWICK LLP
        125 Broad Street, 39th Floor
        New York, New York 10004-2400
        Telephone: (212) 422-0202
        Facsimile:  (212) 422-0925
        (SDMA File No. 02489-000093)
        **Attorneys for Defendant**
        Hartford Life Insurance Company

## CERTIFICATE OF SERVICE

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **AMENDED CERTIFICATE OF SERVICE** (on behalf of Oxford) was served by ECF on May 5, 2011, upon the following:

> Jason A. Newfield, Esq.
> FRANKEL & NEWFIELD, P.C.
> 585 Stewart Avenue – Suite 312
> Garden City, New York 11530
> Telephone: (516) 222-1600
> ***Attorneys for Plaintiff***

Dated:  New York, New York
        May 5, 2011

                                   s/ _____
                                   MICHAEL H. BERNSTEIN (MB 0579)