ATTORNEYS AT LAW

125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400

*www.sedgwicklaw.com*   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick



*John T. Seybert*
*(212) 898-4028*
*john.seybert@sdma.com*

May 17, 2011

*Via Regular Mail*
Hon. Ronald L. Ellis
United States Magistrate Judge
United States District Court for the Southern
District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1970
New York, NY 10007



Re:  *Carol Martucci v. Hartford Life Insurance Company*
     Civ. Act. No. 10-cv-6231 (BSJ)
     File No.: 02489-000093

Dear Magistrate Judge Ellis:

    This office represents the defendant Hartford Life Insurance Company ("Hartford") in the above-referenced matter.  We write to jointly request an additional thirty-day extension of time to complete discovery from May 21, 2011 to June 20, 2011.

    The original date for the close of discovery was April 21, 2011, which was extended to May 21, 2011 by Order dated April 26, 2011. The reason for the additional time is to allow plaintiff time to review confidential documents that Hartford intends to produce in the next few days. Hartford agreed to produce certain documents under a Stipulated Protective Order, which records were only available from personnel records.  It took longer than expected to retrieve the information from those records.

    Thank you for your consideration of this matter.

Respectfully submitted,

John T. Seybert
Sedgwick LLP

cc:  Jason A. Newfield, Esq.

**SO ORDERED**   5-19-11

MAGISTRATE JUDGE RONALD L. ELLIS

## CERTIFICATE OF SERVICE

I, JOHN T. SEYBERT, hereby certify and affirm that a true and correct copy of the attached **LETTER DATED MAY 17, 2011** was served via Regular Mail on this 17th day of May, 2011, upon the following:

> Jason A. Newfield Esq.
> Frankel & Newfield PC
> 585 Stewart Avenue
> Garden City NY 11530
>
> Business Phone:  (516) 222-1600
> Business E-mail:  jan@frankelnewfield.com

JOHN T. SEYBERT

Dated:     New York, New York
           May 17, 2011