UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

CAROL MARTUCCI

     Plaintiff,

Case No. 10-cv-6231 (BSJ)

 -against-

HARTFORD LIFE INSURANCE COMPANY

     Defendant.
------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending   ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

     John T. Seybert
  _____
     FILL IN ATTORNEY NAME

My SDNY Bar Number is: JS 5014  My State Bar Number is 3012705

I am,

 ☑ An attorney
 ☐ A Government Agency attorney
 ☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM: FIRM NAME: Sedgwick, Detert, Moran and Arnold LLP
     FIRM ADDRESS: 125 Broad Street, 39th Floor New York, NY 10004
     FIRM TELEPHONE NUMBER: 212-422-0202
     FIRM FAX NUMBER: 212-422-0925

NEW FIRM: FIRM NAME: Sedgwick LLP
     FIRM ADDRESS: 125 Broad Street, 39th Floor New York, NY 10004
     FIRM TELEPHONE NUMBER: 212-422-0202
     FIRM FAX NUMBER: 212-422-0925

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: April 29, 2011     s/_____
             ATTORNEY'S SIGNATURE

## CERTIFICATE OF SERVICE

I, John T. Seybert, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF CHANGE OF ADDRESS** was served via Regular Mail on April 29, 2011 and ECF on 25th day of May, 2011, upon the following:

> Jason A. Newfield (JN-5529)
> FRANKEL & NEWFIELD, P.C.
> 585 Stewart Avenue – Suite 312
> Garden City, New York 11530
> Telephone: (516) 222-1600
> *Attorneys for Plaintiff*

s/
John T. Seybert (JS 5014)

Dated:   New York, New York
         May 25, 2011