ATTORNEYS AT LAW

125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400

www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick

*John T. Seybert*
*(212) 898-4028*
*john.seybert@sdma.com*

June 15, 2011

*Via Hand Delivery*
Hon. Ronald L. Ellis, U.S.M.J.
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1970
New York, NY 10007





Re: *Carol Martucci* v. *Hartford Life Insurance Company*
Civ. Act. No. 10-cv-6231 (BSJ)
File No.: 02489-000093

Dear Magistrate Judge Ellis:

This office represents the defendant Hartford Life Insurance Company ("Hartford") in the above-referenced matter. In accord with the direct from Judge Jones's Chambers, we write to jointly request that the Court so order the following briefing schedule for the parties to file summary judgment motions:

- July 28 – Last day for plaintiff/defendant to serve and file motions for summary judgment;

- Aug 18 – Last day for plaintiff/defendant to serve and file opposition to motions for summary judgment; and

- Sept. 9 – Last day for plaintiff/defendant to serve and file reply to opposition.

Plaintiff's counsel has a previously scheduled vacation between the opposition and reply time-frames and that is the reason for three weeks to prepare reply papers.

Thank you for your consideration of this matter.

Respectfully submitted,

John T. Seybert
Sedgwick LLP

**SO ORDERED**
*Ronald Ellis* 6-16-11
**MAGISTRATE JUDGE RONALD L. ELLIS**

cc: Jason A. Newfield, Esq.

NY/703455v1

## CERTIFICATE OF SERVICE

I, JOHN T. SEYBERT, hereby certify and affirm that a true and correct copy of the attached **LETTER DATED JUNE 15, 2011** was served via Regular Mail on this 15th day of June, 2011, upon the following:

>Jason A. Newfield Esq.
>Frankel & Newfield PC
>585 Stewart Avenue
>Garden City NY 11530
>
>Business Phone: (516) 222-1600
>Business E-mail: jan@frankelnewfield.com

_____
JOHN T. SEYBERT

Dated: New York, New York
June 15, 2011

NY/703455v1