## CERTIFICATE OF SERVICE

I, Jason Newfield, hereby certify that on August 18, 2011, a copy of the Plaintiff's Memorandum of Law in opposition, Declaration of Jason Newfield, Esq. with Exhibits, and Local Rule 56.1 Counter-Statement of Material Facts was mailed via first class mail to the counsel listed below:

Michael Bernstein, Esq.
Sedgwick, LLP
125 Broad Street
New York, NY 10004-0925

These papers shall also be filed via ECF.

_____
Jason Newfield (JN-5529)