UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CAROL MARTUCCI,                                      Civ. Act. No.: 10-cv-6231 (BSJ)

                Plaintiff,

      -against-                                          **NOTICE OF MOTION**

HARTFORD LIFE INSURANCE COMPANY,
                                            DOCUMENT
                Defendant.                          ELECTRONICALLY FILED
----------------------------------------------------------X

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law In Support Of Its Motion To Strike Plaintiff's Improper Extra-Record Submission, simultaneously submitted herewith, and upon all prior pleadings and proceedings previously had herein, defendant, Hartford Life And Accident Insurance Company sued herein as Hartford Life Insurance Company ("Hartford"), by its attorneys, Sedgwick LLP, will move this Court, on a date and at a time set by the Court, before the Hon. Barbara S. Jones, U.S.D.J., at the United States District Courthouse for the Southern District Of New York, 500 Pearl Street, Courtroom 17C, New York, New York 10007 for an Order pursuant to Rules 37(c) and 56(e), Fed. R. Civ. Proc., striking Exhibits "A" through "D" to the Declaration of Jason Newfield, dated August 18, 2011 (Doc. No. 35), and for such other and further relief this Court deems just and proper.

NY/751350v1

Dated: New York, New York
September 9, 2011

                                        Respectfully Submitted,

                                        s/
                                        MICHAEL H. BERNSTEIN (MB 0579)
                                        JOHN T. SEYBERT (JS 5014)
                                        DANIEL M. MEIER (DM 2833)
                                        SEDGWICK LLP
                                        125 Broad Street, 39th Floor
                                        New York, New York 10004-2400
                                        Telephone: (212) 422-0202
                                        Facsimile:  (212) 422-0925
                                        (SDMA File No. 02489-000093)
                                        ***Attorneys for Defendant***
                                        *Hartford Life And Accident Insurance Company*
                                        *s/h/a/ Hartford Life Insurance Company*

To:    Jason A. Newfield, Esq.  (SR 5005)
        FRANKEL & NEWFIELD, P.C.
        585 Stewart Avenue – Suite 312
        Garden City, New York 11530
        Telephone: (516) 222-1600
        *Attorneys for Plaintiff*

NY/751350v12

## CERTIFICATE OF SERVICE

I, DANIEL M. MEIER, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF MOTION** was served **via ECF** and **via regular mail** on September 9, 2011, upon the following:

>Jason A. Newfield, Esq.
>FRANKEL & NEWFIELD, P.C.
>585 Stewart Avenue – Suite 312
>Garden City, New York 11530
>Telephone: (516) 222-1600

Dated: New York, New York
September 9, 2011

>s/ _____
>DANIEL M. MEIER (DM 2833)