## CERTIFICATE OF SERVICE

I, Jason Newfield, hereby certify that on September 9, 2011, a copy of the Plaintiff's Memorandum of Law in Further Support of Motion for Summary Judgment, Declaration of Jason Newfield, Esq. with Exhibits, and Appendix of Medical Literature was mailed via first class mail to the counsel listed below:

Michael Bernstein, Esq.
Sedgwick, LLP
125 Broad Street
New York, NY 10004-0925

These papers shall also be filed via ECF.

_____
Jason Newfield (JN-5529)