## CERTIFICATE OF SERVICE

I, Jason Newfield, hereby certify that on September 22, 2011, a copy of the Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Strike was mailed via first class mail to the counsel listed below:

>Michael Bernstein, Esq.
>Sedgwick, LLP
>125 Broad Street
>New York, NY 10004-0925

These papers shall also be filed via ECF.

_____
Jason Newfield (JN-5529)