# Sedgwick LLP

ATTORNEYS AT LAW

125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400

www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

*Michael H. Bernstein*
*(212) 898-4011*
*michael.bernstein@sedgwicklaw.com*

September 27, 2011

*Via Facsimile (212-805-6191)*
Hon. Barbara S. Jones
United States District Court Judge
United States District Court For The Southern
District of New York
500 Pearl Street
New York, NY 10007-1312



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/11

Re: *Carol Martucci v. Hartford Life Insurance Company*
Civ. Act. No. 10-cv-6231 (BSJ)
File No.: 02489-000093

Dear Judge Jones:

This office represents Defendant Hartford Life and Accident Insurance Company, sued herein as Hartford Life Insurance Company ("Hartford") in the above-referenced action. We write to request an eight-day extension of time to serve Hartford's Reply Memorandum of Law in Support Of Its Motion To Strike Plaintiff's Improper Extra-Record Submission from September 29, 2011 to October 7, 2011. Plaintiff consents to this extension of time.

This is the first request by Hartford for an extension of time to serve its Reply. The reason for the request is that this week we have dispositive motion papers due in an unrelated matter in addition to being out of the office for the Jewish New Year holiday. No other dates are affected by this request.

Thank you for your consideration of this matter.

Respectfully submitted,

[signature]

Michael H. Bernstein
Sedgwick LLP

Application granted.

SO ORDERED
Dated: [signature]
BARBARA S. JONES
U.S.D.J.

9/28/11

cc: Jason A. Newfield, Esq.

NY/752391v1