UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CAROL MARTUCCI,

               Plaintiff,

-against-

HARTFORD LIFE INSURANCE CO.,
               Defendants.
-----------------------------------------------------------X

10 **CIVIL** 6231 (BSJ)(RLE)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/28/12

Plaintiff and Defendant having cross-moved for summary judgment, and the matter having come before the Honorable Barbara S. Jones, United States District Judge, and the Court, on March 27, 2012, having rendered its Memorandum and Order denying Plaintiff's motion for summary judgment, and granting Defendant's motion for summary judgment, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 27, 2012, Plaintiff's motion for summary judgment is denied, and Defendant's motion for summary judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York
       March 28, 2012

                                              **RUBY J. KRAJICK**

                                              **Clerk of Court**

                **BY:**

                                              **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____